

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Joseph V. Martino**
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

September 5, 2024

*The parties are advised that the conference scheduled to take place on September 5, 2024, was **ADJOURNED** sine die by Court Order on July 17, 2024. See ECF No. 10. The Clerk of Court is respectfully requested to terminate ECF No. 12.*

**VIA ECF**
Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Dale E. Ho
United States District Judge
New York, New York
Dated: September 4, 2024

Re: *L.A., et al. v. N.Y.C. Dep't of Educ.*, 24-cv-5199 (DEH)(GS)

Dear Judge Ho:

    I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, the Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

    I write pursuant to the Court order dated July 12, 2024 (ECF No. 7), to respectfully request an adjournment *Sine Dine* of the Initial Pretrial Conference currently scheduled for Thursday, September 5, 2024 at 11:00 am, as well as the date for submission of the attendant Case Management Plan and proposed Scheduling Order. Plaintiff consents to this request. This is the first request for an adjournment. The Court should note the Defendants Answer is not due until October 31, 2024. We apologize for the late request.

    Settlement discussions between the parties are ongoing. The parties are hopeful that the requested adjournment will allow the parties to avoid Court intervention, and ideally result in a settlement of this case without burdening the parties and the Court with a conference or discovery.

    Accordingly, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference and attendant Case Management Plan and proposed Scheduling Order, Sine Dine.

    Thank you for considering this request.

Respectfully submitted,

/s/
Joseph V. Martino
Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)